ATTACHMENT A – LOCATION TO BE SEARCHED

A Google Pixel 2 cellular telephone assigned call number 207-749-8827 with IMEI number 357536088856531 (the "Target Cellphone") that was recovered from the person of KAYLA ALVES on or about July 22, 2020. The Target Cellphone is currently in FBI custody. Photographs, front and back, of the Target Cellphone appear below.


