ATTACHMENT B

Items to be Seized

Data relating to violations of 21 U.S.C. § 841, 843, 846 (drug conspiracy), and/or 18 U.S.C. § 1503 (obstruction of justice), including:

1. evidence of who used, owned, or controlled the Target Cellphone, including logs, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, instant messages, photographs, correspondence;

2. evidence of contact with BRADLEY SCOVIL, LUCAS SIROIS, DERRICK DOUCETTE, DAVID BURGESS, and other individuals who may have sought confidential law enforcement information from KAYLA ALVES;

3. evidence of contact with individuals who supplied KAYLA ALVES with confidential law enforcement information relating to the investigation of BRADLEY SCOVIL, LUCAS SIROIS, DERRICK DOUCETTE, DAVID BURGESS and their coconspirators;

4. evidence tending to show ALVES's state of mind with respect to the improper collection and dissemination of law enforcement confidential information;

5. evidence of the times that the Target Cellphone was used;

6. passwords, encryption keys, and other access devices that may be necessary to access the Target Cellphone;

7. contextual information necessary to understand the evidence described in this attachment; and

8. financial records, documents, or statements, including banking, credit or debit card information, or receipts for purchases which would provide information about the historical geographic locations of ALVES relevant to her intent or state of mind as it relates to the improper collection and dissemination of law enforcement confidential information.