UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: ) | |
| ) | MAG. NO. 1:20-mj-00223-JHR |
| GOOGLE PIXEL 2 CELLULAR TELEPHONE ) | |

SEALED ORDER

On July 27, 2020, this court issued a Search Warrant in the above matter authorizing a search or seizure to take place on or before August 3, 2020.  That date has passed, and no return has been made to this court.

The court hereby ORDERS that unless upon motion the Court extends the time for the return, the return shall be filed within five (5) business days or the warrant may be deemed invalid.

If no order sealing the case is currently in effect and if no motion to continue sealing is filed by the Government within five (5) business days, the pleadings associated with the warrant may be unsealed.

SO ORDERED.

Dated: August 31, 2020

/s/ John H. Rich III
John H. Rich III
U.S. Magistrate Judge